Gene W. Choe, Esq.  (SBN 187704)
Vikram Subramanian, Esq. (SBN 261270)
LAW OFFICES OF GENE W. CHOE, P.C.
3699 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010
Telephone (213) 639-3888
Facsimile (213) 383-8280

Attorneys for Plaintiffs, Sudan Paul and Titu Paul

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| SUDAN PAUL, *an individual;* and TITU PAUL, an individual<br><br>        Plaintiff,<br>vs.<br><br>AMERICA'S SERVICING COMPANY, *business entity unknown*; NDEX WEST LLC, *business entity unknown*; and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO: 2:11-cv-03841-AHM (RZx)<br><br>ORDER RE: VOLUNTARY DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Pursuant to the Notice of Voluntary Dismissal filed on June 17, 2011, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

Dated: June 17, 2011          By: _____
                                            JUDGE OF THE UNITED STATES DISTRICT COURT

**JS-6**